JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Associated Attorney for Plaintiff Spencer Peterson III

SPENCER PETERSON III
312 East Oak View Ave.
Visalia, CA 93277
(559) 734-4113

IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PETERSON III | Case No: 1:06-CV-00349-OWW-LJO |
| Plaintiff, | ASSOCIATION OF ATTORNEY; ORDER THEREON |
| vs. | |
| STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; RONALD HANSEN; DERRAL ADAMS; DOES 1-20; | |
| Defendants. | |

Plaintiff SPENCER PETERSON III hereby associates James C. Holland, as counsel for plaintiff, for the limited time and purpose of opposing the motion to dismiss of defendants now pending.

Dated: _____        /S/ SPENCER PETERSON III
                              SPENCER PETERSON III,
                              In Propria Persona

Dated: _____        /S/ James C. Holland
                              James C. Holland, Associated Attorney
                              for Plaintiff SPENCER PETERSON III

IT IS SO ORDERED.

**Dated:   June 8, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

1