1  BILL LOCKYER
    Attorney General of the State of California
2  JACOB A. APPELSMITH
    Senior Assistant Attorney General
3  VINCENT J. SCALLY, JR. (SBN 058223)
    Supervising Deputy Attorney General
4  RICHARD L. MANFORD (SBN 051092)
    Deputy Attorney General
5  Telephone: 916.324.5367
   Facsimile: 916.322.4483
6  E-Mail: dick.manford@doj.ca.gov
   1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento CA 94244-2550
8
   Attorneys for Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS
9  AND REHABILITATION

10                UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | | |
|---|---|---|
| 12 | SPENCER PETERSON III, ) | No: 1:06-CV-00349-OWW-LJO |
| 13 | Plaintiff, ) | ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER GRANTING SUMMARY JUDGMENT TO CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (FRCivP Rule 56(b); L. R. 56-260), AND FOR ENLARGED TIME FOR MOVING PARTY'S REPLY TO PLAINTIFF'S OPPOSITION DOCUMENTS |
| 14 | vs. ) | |
| 15 | STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, RONALD HANSEN, DERRAL ADAMS, and DOES 1 - 20, ) | |
| 18 | Defendants. ) | Hearing: Monday, October 16, 2006<br>Time: 10:00 A.M.<br>Courtroom: 03 (7th Floor)<br>Judge: Hon. Oliver W. Wanger<br>Lawsuit: February 27, 2006<br>Removed: March 29, 2006<br>Sched. Conf: Not Set<br>Trial Date: Not Set |

23        The court having reviewed and considered the parties' STIPULATION TO

24  CONTINUE HEARING ON MOTION FOR ORDER GRANTING SUMMARY

25  JUDGMENT TO CALIFORNIA DEPARTMENT OF CORRECTIONS AND

26  REHABILITATION (FRCivP Rule 56(b); L. R. 56-260), AND FOR ENLARGED TIME

27  FOR MOVING PARTY'S REPLY TO PLAINTIFF'S OPPOSITION DOCUMENTS, and

28  GOOD CAUSE APPEARING THEREFOR,

1    IT IS HEREBY ORDERED that October 16, 2006 hearing on defendant's
2 summary judgment motion is continued to October 23, 2006, and defendant's reply to
3 plaintiff's opposition to the motion shall be due for electronic filing and service on or before
4 October 12, 2006.

5    DATED: October 10, 2006

           /s/ OLIVER W. WANGER
           OLIVER W. WANGER

           United States District Judge