1  BILL LOCKYER
     Attorney General of the State of California
2  JACOB A. APPELSMITH
     Senior Assistant Attorney General
3  VINCENT J. SCALLY, JR. (SBN 058223)
     Supervising Deputy Attorney General
4  RICHARD L. MANFORD (SBN 051092)
     Deputy Attorney General
5  Telephone: 916.324.5367
   Facsimile:  916.322.4483
6  E-Mail:    dick.manford@doj.ca.gov
   1300 I Street, Suite 125 (delivery)
7  P.O. Box 944255 (mail)
   Sacramento CA  94244-2550
8
   Attorneys for Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND
9  REHABILITATION

10             UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| SPENCER PETERSON III, | No: 1:06-CV-00349-OWW-LJO |
| Plaintiff, | ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | Conference: Wednesday, November 15, 2006 |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, and DOES 1 - 20, | Time: 08:45 A.M.<br>Courtroom: 03 (7th Floor)<br>Judge: Hon. Oliver W. Wanger<br>Lawsuit: February 27, 2006 |
| Defendants. | Removed: March 29, 2006<br>Trial Date: Not Set |

The court having reviewed and considered the parties' STIPULATION TO CONTINUE STATUS CONFERENCE, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the status conference currently set for November 15, 2006 is continued to November 30, 2006 at 8:45A.M.

DATED: October 27, 2006


                    /s/ Oliver W. Wanger
                    OLIVER W. WANGER

                United States District Judge