**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPENCER PETERSON III,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND REHABILITATION,<br>et al,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-0349 LJO TAG<br><br>**ORDER ON PLAINTIFF'S F.R.Civ.P. 56(f)**<br>**APPLICATION TO EXTEND SUMMARY**<br>**JUDGMENT OPPOSITION**<br>(Doc. 54.) |

　　　　On June 16, 2007, plaintiff Spencer Peterson III ("Mr. Peterson") filed his F.R.Civ.P. 56(f) application to extend the deadline to oppose defendant California Department of Corrections and Rehabilitation's ("CDC's") pending summary judgment motion. Mr. Peterson contends that upcoming CDC document production will assist Mr. Peterson to oppose summary judgment. CDC has indicated that it agrees to a brief extension. As such, this Court:

　　　　1.　　GRANTS Mr. Peterson an extension to July 9, 2007 to file and serve opposition papers to CDC's pending summary judgment motion;

　　　　2.　　ORDERS CDC, no later than July 16, 2007, to file and serve reply papers for its pending summary judgment motion; and

　　　　3.　　RESETS the summary judgment motion hearing to July 23, 2007 at 8:30 a.m. in Department 4 (LJO) subject to this Court's ruling on the summary judgment motion on

1       the record and without the hearing.  *See* Local Rule 78-230(h).

3  IT IS SO ORDERED.

4  **Dated:   June 18, 2007**             **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE