IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PETERSON III,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND REHABILITATION,<br>et al,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | CASE NO. CV F 06-0349 LJO SMS<br><br>**ORDER FOR STATUS REPORTS AND RECOMMENDATIONS** |

The Ninth Circuit Court of Appeals issued its March 19, 2009 memorandum to reverse in part and affirm in part this Court's summary adjudication decisions. The Ninth Circuit remanded the case for this Court's consideration whether plaintiff's claim arising from a December 6, 2004 job interview and denial ("December 6, 2004 claim") was timely exhausted. To that end, this Court ORDERS the parties, no later than April 20, 2009, to file status reports and recommendations to address:

1. The need for further briefing to address the issue of timely exhaustion of the December 6, 2004 claim;
2. Setting a pretrial conference and trial to resolve the December 6, 2004 claim;
3. Whether the parties desire a settlement conference or to participate in another alternative dispute resolution process; and
4. The parties' recommendations for proceeding with this action after remand.

IT IS SO ORDERED.

**Dated:　March 19, 2009　　　　　　　　/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE