EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MICHELLE K. LITTLEWOOD, State Bar No. 202846
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Michelle.Littlewood@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SPENCER PETERSON III,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, RONALD HANSEN, DERRAL ADAMS, and DOES 1 -20,**<br><br>Defendants. | 1:06-CV-00349-LJO-SMS<br><br>**STIPULATION TO AMEND PRETRIAL CONFERENCE AND TRIAL DATES; ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>Pretrial Conference: March 8, 2010<br>Jury Trial:           April 25, 2010<br>Time:                8:30 a.m.  (LJO) |

WHEREAS Plaintiff SPENCER PETERSON III ("Plaintiff") and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("Defendants") (collectively the "Parties"), are currently very close to reaching a settlement agreement in the above referenced case;

WHEREAS earlier attempts to settle the case for monetary value failed due in large part to the fiscal challenges facing Defendant and the State of California;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS plaintiff has recently made a settlement offer that does not involve monetary relief;

WHEREAS the Parties through their counsel have and continue to work to reach an agreeable and lawful settlement in this matter;

WHEREAS the Parties recognize and acknowledge that settlement is mutually beneficial and that continued litigation may be made unnecessary as a result of the new settlement offer;

WHEREAS the new offer of settlement is likely to result in resolution of this case;

WHEREAS multiple recent and ongoing changes in Defendant's personnel, with whom rests decision-making authority with regard to this litigation, has hindered the ability of the Parties to discuss and assess the various settlement positions and therefore additional time is needed to obtain authority to settle;

WHEREAS the Parties have agreed to amend the current pretrial conference and trial dates as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective counsel of record, and they each request the Court to enter an order amending the current pretrial conference and trial dates in the case as follows:

1.  The pretrial conference shall be continued from December 8, 2009, to March 8, 2010, at 8:30 a.m. or a date and time agreeable to the Court; and

///

///

2. The trial date shall be continued from January 25, 2010, to April 25, 2010, at 8:30 a.m. or a date and time agreeable to the Court.

DATED: November 17, 2009                    /S/ Michelle K. Littlewood
                                            MICHELLE K. LITTLEWOOD
                                            Attorney for Defendants


DATED: November 17, 2009                    /S/ James C. Holland
                                            JAMES C. HOLLAND
                                            Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Parties having so stipulated and agreed, and good cause appearing, it is HEREBY ORDERED THAT:

1. The Pretrial Conference shall be continued from December 8, 2009, to March 8, 2010, at 8:30 a.m. before Judge O'Neill in Courtroom #4; and

2. The Jury Trial date shall be continued from January 25, 2010, to **April 26, 2010**, at 8:30 a.m. before Judge O'Neill in Courtroom #4.  Note: parties had April 25, 2010 as trial date, 25th of April in 2010 is a Sunday.

**IT IS SO ORDERED.**

**Dated:     November 18, 2009                         /s/ Sandra M. Snyder**
**UNITED STATES MAGISTRATE JUDGE**

SA2006100807
95035585.doc

PDF created with pdfFactory trial version www.pdffactory.com