JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff Spencer Peterson III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PETERSON III | No: 1:06-CV-00349-LJO-SMS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE AND TRIAL |
| vs. | |
| STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; | Proposed New Dates: |
| Defendants. | Pretrial Conference: May 10, 2010<br>Trial: June 14, 2010 |

WHEREAS Plaintiff SPENCER PETERSON III ("Plaintiff") and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("Defendants") (collectively the "Parties"), continue to cooperate toward achieving negotiated resolution agreement in the above referenced case;

WHEREAS earlier attempts to settle the case for monetary value failed due in large part to the fiscal challenges facing Defendant and the State of California;

WHEREAS the Parties recognize and acknowledge that settlement is mutually beneficial and that trial is likely to be unnecessary as a result of continued settlement efforts, including plaintiff's most recent offer of settlement;

WHEREAS multiple recent and ongoing changes in Defendant's personnel, with whom rests decision-making authority with regard to this litigation, as well as plaintiff's continued promotional advancement in his employment at CDCR and limitations imposed by State Personnel Board Rules and

state civil service regulations continue to impact the Parties in reaching final, legally-compliant non-monetary settlement; therefore additional time is needed to secure clearances and approvals;

    WHEREAS the Parties agree to amend the current pretrial conference and trial dates as set forth below:

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective counsel of record, and they each request the Court to enter an order amending the current pretrial conference and trial dates in the case as follows:

    The pretrial conference shall be continued from March 8, 2010 to May 10, 2010 at 8:30 a.m. or a date and time proximate thereto that is agreeable to the Court; and

    The trial date shall be continued from April 26, 2010 to June 14, 2010 at 8:30 a.m. or a date and time proximate thereto that is agreeable to the Court.

Dated: March 1, 2010      /s/ Michelle Littlewood
                                   MICHELLE LITTLEWOOD, Attorney for Defendants

Dated: March 1, 2010      /s/ James C. Holland
                                   JAMES C. HOLLAND, Attorney for Plaintiff

**IT IS SO ORDERED.**

    **1) Pretrial Conference is continued from March 8, 2010 to May 10, 2010 at 8:30 a.m. before Judge O'Neill in Courtroom #4.**

    **2) Jury Trial is continued from April 26, 2010 to June 28, 2010 at 8:30 a.m. before Judge O'Neill in Courtroom #4.**

Dated:  March 1, 2010      /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

///
///