IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PETERSON,<br><br>            Plaintiff,<br>    vs.<br><br>STATE OF CALIFORNIA,<br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 06-0349 LJO SMS<br><br>**ORDER TO DENY REQUEST TO DISMISS**<br>(Doc. 92.) |

Plaintiff filed a May 3, 2010 request to dismiss this action. Plaintiff's attempt to dismiss this action fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS the parties, no later than May 6, 2010, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss defendants; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules. This Court FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including dismissal of this action with or without prejudice.

    IT IS SO ORDERED.

**Dated:    May 3, 2010**                             /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28