IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PETERSON III, | CASE NO. CV F 06-0349 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 94.) |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action;

2. VACATES all pending matters, including the May 10, 2010 pretrial conference and the June 28, 2010 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 5, 2010**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1